PLEASE EXECUTE THIS ACKNOWLEDGMENT OF RECEIPT AND RETURN TO U.S. DISTRICT CLERK.   (NO POSTAGE NEEDED.)

TO: John Hunter Smith

RE: 4:05 CV 488

RECEIVED:

Order # 13

on this 15 day of May, 2006.

SIGNED: Monica Hughley
(Addressee/Agent for Addressee)

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAY 17 2006

DAVID J. MALAND, CLERK